Recording Requested By:
**Bank of America**
Prepared By: **Diana De Avila**
800-444-4302
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

Property Address:
**2 Sandy Point Rd**
**Barrington, RI 02806-2648**

7/26/2012

MIN #      This space for Recorder's use      MERS Phone #

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1** whose address is **C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:      MORTGAGE LENDERS NETWORK USA, INC. DBA LENDERS NETWORK
Borrower(s):      DARRELL A. LEE
Date of Mortgage:      11/14/2006
Original Loan Amount:      $585,000.00

Recorded in **Barrington Township**, RI on: **11/20/2006**, book **1011**, page **109** and instrument number **4150**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on

Dated: AUG 03 2012

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _Larisa Post_

Larisa Post, Assistant Secretary

State of **California**
County of **Ventura**

On AUG 03 2012 before me, **Christy Morse**, Notary Public, personally appeared **Larisa Post**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _Christy Morse_ (Seal)
My Commission Expires: 12-05-2014

(Seal)
CHRISTY MORSE
Commission # 1915314
Notary Public - California
Los Angeles County
My Comm. Expires Dec 5, 2014

RECEIVED FOR RECORD
Aug 14, 2012 10:59:32A
Barrington, R.I.
LINDA H. JAMES
TOWN CLERK